IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action: 15-cv-02750-CMA-CBS  Date: April 18, 2016
Courtroom Deputy: Amanda Montoya  FTR – Reporter Deck-Courtroom A402

*Parties:* *Counsel:*

THOMAS CREPEAU, *et al.,*  Heather Joyce
  David Miller

Plaintiff,

v.

PDQ TRUCK, LLC, *et al.,*  Russell William Rowe

Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: TELEPHONE STATUS CONFERENCE**
**Court in session: 09:43 a.m.**
Court calls case. Appearances of counsel.

Parties have come to an agreement regarding a phased approach to discovery. Mr. Miller makes oral motion to withdraw *[17] Plaintiff's Motion for Conditional Certification of Collective Action.*

**ORDERED:**  Parties shall submit an amended proposed scheduling order on or before **April 29, 2016.**  Upon reviewing the scheduling order, the court will either sign the order or set a further hearing to discuss it if necessary.

Mr. Miller's oral motion is GRANTED and *[17] Plaintiff's Motion for Conditional Certification of Collective Action* is WITHDRAWN without prejudice.

Hearing Concluded.

**Court in recess: 09:49 a.m.**
Time in court: 00:06

To order transcripts of hearings please contact Stevens-Koenig Reporting at (303) 988-8470.